**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2164**

MICHAEL LEE HALL,

Plaintiff - Appellant,

v.

BANK OF AMERICA CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:16-cv-00715-RJC-DSC)

Submitted: December 21, 2017                    Decided: December 27, 2017

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Lee Hall, Appellant Pro Se.   Meredith Anne Pinson, Bruce Steen, MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Lee Hall appeals the district court's order adopting the magistrate judge's recommendation to grant Bank of America Corporation's motion to dismiss Hall's civil claims, including his discriminatory failure-to-promote claim brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2017). Limiting our review to the issues raised in Hall's informal brief, *see* 4th Cir. Rule 34(b), we discern no reversible error. Accordingly, we affirm the district court's judgment. *See Hall v. Bank of Am. Corp.*, No. 3:16-cv-00715-RJC-DSC (W.D.N.C. Sept. 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*